UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KISHNA M. BROWN,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
 et al.,

    Defendants.
_____/

Case No. 1:23-cv-411

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on April 20, 2023.  Defendant Amy Puhalski filed a motion to dismiss.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 31, 2023, recommending that this Court grant the motion.  The Report and Recommendation was duly served on the parties.  Plaintiff was granted an extension of the deadline by which to file objections (ECF No. 35).  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendant Amy Puhalski (ECF No. 16) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims against Defendant Puhalski are properly dismissed, the Court also concludes that

any issue Plaintiff might raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).  Accordingly, the Court certifies that an appeal would not be taken in good faith.

Dated:  October 16, 2023                                        /s/  Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge