UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KISHNA M. BROWN,<br>      Plaintiff,<br><br>-v-<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br>      Defendants. | No. 1:23-cv-411<br><br>Honorable Paul L. Maloney |

## ORDER DENYING MOTION TO REOPEN CASE

Plaintiff Kishna Brown, proceeding without the assistance of counsel, submitted a letter asking to reopen the lawsuit (ECF No. 41). The Court will deny the motion.

Plaintiff worked for the United States Postal Service (USPS). She alleges she suffered harassment and retaliation based on her race and her sexual orientation. She sued USPS and seven individuals. One defendant, Amy Puhalski, filed a motion to dismiss (ECF No. 17). Puhalski argued that (1) Plaintiff failed to exhaust her administrative remedies for a Title VII claim and (2) the Court lacked jurisdiction over an unfair labor charge because Plaintiff filed a claim with the NLRB. Plaintiff did not file a response. The Magistrate Judge issued a report recommending that the Court grant Puhalski's motion. Plaintiff did not file any objection. The Court adopted the R&R and dismissed Puhalski.

The other defendants also filed a motion to dismiss (ECF No. 31). These defendants argued (1) Plaintiff failed to name the proper defendant, Postmaster General DeJoy, (2) Plaintiff failed to exhaust her administrative remedies for any Title VII claims, and (3) the complaint fails to state a claim. Again, Plaintiff did not file any response. The Magistrate

Judge issued a report recommending the Court grant the motion on the basis that Plaintiff failed to name Postmaster General DeJoy as a defendant.  Plaintiff did file objections, but did not address the basis for dismissal in the R&R.  The Court adopted the R&R and dismissed the remaining defendants.

In this pending motion to reopen the lawsuit, Plaintiff claims she did not know she needed to name DeJoy as a defendant.  She also claims that she has suffered retaliation since she filed the lawsuit.

The Court **DENIES** Plaintiff's motion to reopen the lawsuit (ECF No. 41).  Plaintiff is proceeding without counsel and the Court must interpret her submissions liberally.  The Court must not hold her submissions to the same standard as it would an attorney.  But, the Court need not excuse Plaintiff's failure to file a response or to address the prominent arguments raised in the motions to dismiss.  Even if the Court grants Plaintiff's motion and allowed her to file a motion to amend her complaint to add Postmaster General DeJoy, Plaintiff has not explained how she would overcome the other problems identified in the two motions to dismiss.  **IT IS SO ORDERED.**

Date:    November 4, 2024                                                    /s/  Paul L. Maloney
                                                                                                   Paul L. Maloney
                                                                              United States District Judge